UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**LUZ MARIA AGUILAR HARO,**

*Petitioner*,

v.   Civil Action No. 10-C-389

**DAVID FLIPPIN WOLTZ,**

*Respondent*,

## SHOW CAUSE ORDER

Before the Court is Petitioner's Petition for Issuance of Show Cause Order and for Return of Child to Mexico. This Order addresses only the Petitioner's request for a Show Cause Order and makes no determination as to the merits of the Petition for Return. Upon considering the Petition; Petitioner's Request for Expedited Consideration and for Issuance of a Show Cause Order; the Hague Convention on Civil Aspects of International Child Abduction; the International Child Abduction Remedies Act, 42 U.S.C., §11601 *et. seq.*; and the Wisconsin Uniform Child Custody and Jurisdiction Act, WIS. STAT. ANN. §822.01 *et. seq.*,

**IT IS HEREBY ORDERED THAT:**

1. A copy of this Order, and a copy of the Petition for Return of the Child to Mexico, together with all attachments and all other filings, shall be served on Respondent

1

David Flippin Woltz, also known as David Flippin Woltz Brown, on or before May 25, 2010, by private process, in accordance with 42 U.S.C. §11603(c) and WIS. STAT. ANN. §822.08.

2. Respondent David Flippin Woltz is prohibited from removing the child, Nikolas Woltz Aguilar (born June 27, 1996), or from causing the child to be removed from the jurisdiction of this Court pending final disposition of the above-referenced Petition.

3. Respondent shall appear before this Court on the 3rd day of June, 2010, at 1:30 p.m. in Courtroom 201 of the United States District Court for the Eastern District of Wisconsin, Green Bay Division, 125 South Jefferson Street, Green Bay, Wisconsin, with the child, Nikolas Woltz Ahuilar, born June 27, 1996, and with any and all passports and travel documents for the minor child and the Respondent, for an initial hearing so that a date may be set for an expedited hearing on the merits of the Petition for Return of the Child to Mexico. The Respondent may appear with or without counsel.

4. If the Respondent fails to appear in Court on the 3rd day of June, 2010, at 1:30 p.m. with the minor child and with the aforementioned passports and travel documents, or removes the minor child or causes the minor child to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing.

**SO ORDERED** this 7th day of May, 2010.

    s/William C. Griesbach
    William C. Griesbach
    United States District Judge