Michael Best & Friedrich LLP
Attorneys at Law
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Phone 414.271.6560
Fax 414.277.0656

*Direct* 414.225.2785
*Email* ncade@michaelbest.com

May 18, 2010

**VIA ELECTRONIC COURT FILING**

Hon. William C. Griesbach
Eastern District of Wisconsin -
Green Bay Division
125 South Jefferson Street
Green Bay, WI 54305-2490

    Re:    <u>Aguilar Hero v. Woltz</u>
            U.S. District Court for the E.D. Wis. Case No. 10-C-389

Dear Judge Griesbach:

    I write to follow up with regards to my conversation with the Clerk for the Court.

    Per an order of the Court, an order to Show cause was set for June 3 at 1:30 p.m. That date was not convenient for counsel for respondent, David Flippin Woltz. In addition, the child who is the subject of the order to Show Cause, Nikolas Woltz, is set to take his exams the week of June 1. After email correspondence with Attorney Cicero and the clerk, the parties are in agreement that the hearing date could be modified from June 3 to June 11, 2010 at 1:30 p.m.

    If the Court has any questions or is in disagreement with this new date, please advise immediately.

            Sincerely,

            **MICHAEL BEST & FRIEDRICH LLP**

            *s/Nathaniel Cade, Jr.*

            Nathaniel Cade, Jr.

NC:cn

cc:    Salvador A. Cicero, Esq. (via ECF and email)
       Phillip A. Brigham, Esq. (via ECF and email)
       Richard J. Podell, Esq. (via ECF and email)

R:\FIRM\000000\0770\A3909144.1