# BLOCK, SEYMOUR, CHUDACOFF, SAMSON & LIEBZEIT, S.C.

ATTORNEYS AT LAW
512 WEST COLLEGE AVENUE
P.O. BOX 845
APPLETON, WISCONSIN 54912-0845

L.H. CHUDACOFF (1932-1978)
JEROME H. BLOCK
JOEL A. SEYMOUR
BRUCE CHUDACOFF
HARVEY G. SAMSON
LARRY LIEBZEIT

PAMELA S. MCAVOY

TELEPHONE:
(920) 739-6307
(920) 731-9101
FAX:
(920) 739-3019
(920) 731-0007

## FAX MEMO

DATE: 5-24-10

TO: Nat Cade

FAX #: 414-277-0656

FROM: Bruce Chudacoff

RE:

MESSAGE:

**NUMBER OF PAGES 3 INCLUDING COVER SHEET**

*IF YOU HAVE ANY PROBLEMS RECEIVING THIS INFORMATION, PLEASE CALL (920)731-9101.*

*The information contained in this facsimile message is intended for personal and confidential use of the designated recipients named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us by telephone and return the original message to us by mail. Thank you.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

LUZ MARIA AGUILAR HARO,

    Petitioner,

vs.

Case No.: 10-C-0389

DAVID FLIPPIN WOLTZ,

    Respondent.

---

**CONSENT OF GUARDIAN AT LITEM**

---

STATE OF WISCONSIN   )
                               ) SS.
OUTAGAMIE COUNTY   )

    Bruce M. Chudacoff, being first duly sworn on oath, deposes and says that he is an attorney at law, duly licensed to practice in the State of Wisconsin, and believes himself competent to properly understand and maintain the rights of the minor child above named in the matters stated in the attached Petition, and to act as Guardian ad Litem for said minor; that deponent has no interest or feeling adverse to said minor's interests, and is in no way connected in business with the adverse parties or their counsel and is financially responsible to answer for any liability that he may incur as such Guardian ad Litem, and that he hereby consents to act as such Guardian ad Litem.

Dated this __24__ day of May, 2010.

_____

Subscribed and sworn to before me
This __24th__ day of May, 2010.

_____
Notary Public, State of Wisconsin
My Commission: __12-09-12__