**Michael Best & Friedrich LLP**
**Attorneys at Law**
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI  53202-4108
Phone  414.271.6560
Fax  414.277.0656

*Direct  414.225.2785*
*Email  ncade@michaelbest.com*

September 27, 2010

<u>**VIA ECF**</u>

Hon. William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
Green Bay, WI 54305-2490

      Re:    <u>Luz Maria Aguilar Haro v. David Flippin Woltz</u>
             E. D. Wisconsin Case No. 10-C-0389

Dear Judge Griesbach:

I write to request the return of Nikolas Woltz's passports.

Pursuant to the Court's oral order at the June 11, 2010 status hearing, I tendered Nikolas Woltz's U.S. and Mexican passports to the Clerk.  Based on the Court's Decision and Order of August 19, 2010 and the fact that no appeal has occurred pursuant to 7th Circuit Rule 4, I hereby request that the Court order the Clerk's office to release Nikolas Woltz's passports and send them to:

             David F. Woltz
             612 East Castlebury Lane
             Appleton, WI 54913-6335

If the Court has any questions regarding this request, I would be happy to discuss.

             Very truly yours,

             **MICHAEL BEST & FRIEDRICH LLP**

             <u>s/Nathaniel Cade, Jr.</u>

             Nathaniel Cade, Jr.

NC:kjb

cc:    Richard J. Podell, Esq. (via ECF only)
       Salvador A. Cicero, Esq. (via ECF only)
       Phillip A. Brigham, Esq. (via ECF only)

T:\CLIENTA\028565\0001\A4112829.0